JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JEANNE E. DAVIDSON
Director Civil Division
JASON M. KENNER
Senior Trial Counsel
Bar No. 4315180
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, NY 10278
Telephone: (212) 264-9230 or 9236
Facsimile: (212) 264-1916
E-mail: Jason.kenner@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| United States,<br><br>    Plaintiff[s],<br><br>    v.<br><br>BEN GHEE TAN,<br><br>    Defendant. | No. 20-cv-2165<br><br>Declaration |

**DECLARATION OF DIRECTOR DINA AMATO**

I, DINA AMATO declare:

1. I am the Center Director of the U.S. Customs and Border Protection Center for Excellence and Expertise, Agriculture and Prepared Products (APP Center). As APP Center Director, I am authorized to issue U.S. Customs and Border Protection (USCBP) summonses pursuant to 19 U.S.C. § 1509, 19 C.F.R. § 163.7(a), and CBP Directive No. 4210-012A (Sep. 27, 2018).

2. I have personal knowledge of the matters set forth in this Declaration and, if called upon to testify to such matters, could do so competently.

1

3. The APP Center is conducting an inquiry into companies owned and/or operated by BEN GHEE TAN for the purpose of ascertaining the correctness of entries, determining liability for duties, taxes, fines, and penalties, and ensuring compliance with the laws or regulations enforced by USCBP.

4. BEN GHEE TAN owns, controls, or otherwise operates companies that imported, or caused to be imported, merchandise into the United States, which fall within the purview of the APP Center. USCBP seeks to elicit testimony from BEN GHEE TAN relating to his operation of these companies and his business practices while importing merchandise into the United States.

5. On September 16, 2020, in furtherance of USCBP's inquiry, I issued a USCBP administrative summons to BEN GHEE TAN. The summons directed him to appear before ICE-HSI Special Agent James Wuneburger at 1:00 p.m. on September 23, 2020, at 301 East Ocean Boulevard, 7th Floor, in Long Beach, California. The summons stated that "[y]our testimony . . . is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by [USCBP] and ICE." The summons only required BEN GHEE TAN to appear to provide testimony; it did not require the production of any records. A copy of the summons is attached as Exhibit A.

6. On September 18, 2020, at 10:08 a.m., U.S. Customs and Border Protection

Officer Sally Cifuentes personally served the aforementioned summons by hand to BEN GHEE TAN.  BEN GHEE TAN signed the summons acknowledging his receipt of the summons.  See Ex. A.

7. BEN GHEE TAN failed to appear on September 23, 2020, as the summons instructed.

8. The purpose of the APP Center's inquiry is legitimate.  USCBP has both the authority and the responsibility to determine whether importers have violated 19 U.S.C. § 1592(a), and to collect duties owed as a result of such violations under 19 U.S.C. § 1592(d).  Companies owned and operated by BEN GHEE TAN imported merchandise that fall within the purview of the APP Center into the United States.

9. The testimony sought of BEN GHEE TAN is relevant to USCBP's inquiry.  BEN GHEE TAN possesses information about numerous companies that he owns, controls, or otherwise operates that imported merchandise into the United States.  This includes, but is not limited to, general information about these companies' business practices, information regarding these companies' importations, and information regarding who made decisions concerning the importation of merchandise into the United States by these companies.

10. The substance of the testimony required of BEN GHEE TAN in the summons is not already in the custody of USCBP.

11. The APP Center complied with the procedures in 19 U.S.C. § 1509(c) and 19

C.F.R. § 163.7 concerning the issuance of the summons.

12. To date, BEN GHEE TAN has failed to comply with the lawful summons, and has failed to comply with the law as set forth in 19 U.S.C. § 1509.

13. No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to BEN GHEE TAN, for the years of USCBP's inquiry.

14. All administrative steps required by the United States Code and USCBP for issuance of the summons have been followed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of November, 2020

_____
DINA AMATO
Center Director
U.S. Customs and Border Protection Center for Excellence and Expertise, Agriculture and Prepared Products

<u>Exhibit A</u>

# DEPARTMENT OF HOMELAND SECURITY SUMMONS

**DEPARTMENT OF HOMELAND SECURITY**

**SUMMONS**

to Appear and/or Produce Records
19 U.S.C. § 1509

1. To (Name, Address, City, State, Zip Code)

Ben Ghee Tan, 2330 Pinehurst Dr., Tustin CA 92782

1791 S. Campton Ave. Unit 243
Anaheim, CA 92805

Summons Number  CBP-OFO-APP-2020-0006

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) [X] **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information.

(B) [ ] **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date, and time indicated.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

2. (A) CBP Officer or ICE Special Agent before whom you are required to appear

   Name  James Wuneburger
   Title  ICE Special Agent
   Address  301 East Ocean Blvd. 7th Floor, Long Beach, CA 90802
   Telephone Number  562-708-7230

(B) Date  09/23/2020

(C) Time  1:00   [ ] a.m.   [X] p.m.

3. Records required to be produced for inspection

N/A:

Note: Please call 562-708-7230 when you arrive at the building.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Public law 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002

4. Name of person authorized to serve this summons or any other CBP Officer or ICE Special Agent

CBPO Cifuentes

5. Date of issue  09/16/2020

By _(Signature)_ Dina Amato

6. Name, title, address, and telephone number of person issuing this summons

   Name  Dina Amato
   Title  APP Center Director
   Address  6601 NW 25th St, Miami, FL 33122
   Telephone Number  305-909-3505

If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2.

DHS Form 3115 (6/09)

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE OF SUMMONS**

I certify that I served the summons on the front of this form as follows:

[X] I delivered a copy of the summons to the person to whom it was directed, as follows:

Address or Location: 2330 Pinehurst Dr. Tustin, Ca. 92782

Date: 09/18/2020
Time: 1008 [X] a.m. [ ] p.m.

[ ] (For corporations, partnerships, and unincorporated associations which may be sued under a common name)
I delivered a copy of the summons to an officer, managing or general agent, or agent authorized to accept service of process as follows:

Address or Location:

Name of person to whom the summons was delivered:

Date:
Time: [ ] a.m. [ ] p.m.

Signature: [signature]
Title: CBP Officer
Date: 09/18/2020

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the summons on the front of this form.

Signature: [signature]
Title: Ben Ghee Tan

D 2784406

Date: 09/18/2020
Time: 1008 [X] a.m. [ ] p.m.

DHS Form 3115 (6/09)