JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JEANNE E. DAVIDSON
Director Civil Division
JASON M. KENNER
Senior Trial Counsel
Bar No. 4315180
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, NY 10278
Telephone: (212) 264-9236
Facsimile: (212) 264-1916
E-mail: Jason.kenner@usdoj.gov

NOTE COMPLETE CASE NUMBER

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| United States of America, | Case No. SACV 20-2165JVS(ADSx) |
|---|---|
| Petitioner, | Order to Show Cause |
| v. | |
| BEN GHEE TAN, | |
| Respondent. | |

Based upon the Petition to Enforce Department of Homeland Security, U.S. Customs and Border Protection (USCBP) summons, Memorandum of Points and Authorities, and supporting Declaration, the Court finds that Petitioner has established a *prima facie* case for judicial enforcement of the subject USCBP summons. *See* United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 255, 13 L.Ed.2d 112, 119 (1964).

**IT IS ORDERED** that Respondent appear in a telephonic hearing before this District Court of the United States for the Central District of California, at the following date, time to show cause why the attendance and

1  testimony demanded in the subject USCBP summons should not be
2  compelled:
3    Date:              Wednesday, December 9, 2020, 8:30 a.m.
4    Time:              8:30 a.m.
5    Courtroom:         Telephonic Hearing
6                       Telephone Number: 888-363-4734, Access Code 7043833
7                       Ronald Reagan Federal Building and United States
8                       Courthouse
9                       411 West Fourth Street, Santa Ana, California, 92701
10
11                      If there are any issues with the telephonic number, the
12                      parties shall contact the CRD at
13                      JVS_chambers@cacd.uscourts.gov
14
15    **IT IS FURTHER ORDERED** that copies of the following documents
16 be served on Respondent (a) by personal delivery, (b) by leaving a copy at
17 Respondent's dwelling or usual place of abode with someone of suitable age
18 and discretion who resides there, or (c) by certified mail:
19         1. This Order;
20         2. The Petition and accompanying Declaration; and,
21         3. Memorandum of Points and Authorities.
22 Service may be made by any employee of the USCBP or the United States
23 Department of Justice.
24    **IT IS FURTHER ORDERED** that within ten (10) days after service
25 upon Respondent of the herein described documents, Respondent shall file
26 and serve a written response, supported by appropriate sworn statements, as
27 well as any desired motions.  If, prior to the return date of this Order,
28 Respondent files a response with the Court stating that Respondent does not

oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall comply with the summons within ten (10) days thereafter.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED:    November 12, 2020

_____
UNITED STATES DISTRICT JUDGE
JAMES V SELNA

Respectfully submitted,
JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JEANNE E. DAVIDSON
Director Civil Division
Commercial Litigation Branch

/s/
*Jason M. Kenner*
JASON M. KENNER
Senior Trial Counsel
Attorneys for United States

3